UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

**AUSTIN ESQUIBEL,**
on behalf of himself and
all others similarly situated,

       Plaintiff,                      Case No. 24-CV-1000

    v.

**LEGACY FLEXO CORP.,**

       Defendant.

---

### ORDER

---

WHEREAS, on November 3, 2025, the parties filed a Stipulation to Certify a Collective Action pursuant to the Fair Labor Standards Act and a Class Action pursuant to Fed. R. Civ. P. 23 and to Certify Class Counsel and the Named Plaintiff as Representatives for the Class and Collective (ECF No. 18), as well as their Joint Motion for Preliminary Approval of Class and Collective Action Settlement (ECF No. 19), with this court. Having reviewed such filings, as well as the documents filed in support thereof,

    **IT IS ORDERED THAT**:

    1.    Certification is **GRANTED**, for settlement purposes only, of a collective action pursuant to 29 U.S.C. § 216(b), and defined as follows:

> [All] hourly-paid employees of Defendant in the State of Wisconsin employed at any time between August 8, 2021,

and September 2, 2025, and who were subject to Defendant's rounding system and/or received an incentive payments in addition to their hourly rates of pay, as identified in **Exhibit A** to the parties' Settlement Agreement & Release, and who return a Consent to Join Form within forty-five (45) calendar days of the postmark on the parties' Notice of Class and Collective Action Settlement as (re)mailed.

2. Certification is **GRANTED**, for settlement purposes only, of the Rule 23 Class pursuant to Fed. R. Civ. P. 23, and defined as follows:

> [All] hourly-paid employees of Defendant in the State of Wisconsin employed at any time between August 8, 2021, and September 2, 2025, who were subject to Defendant's rounding system and/or received an incentive payment in addition to their hourly rates of pay, as identified in **Exhibit A** to the parties' Settlement Agreement & Release, and who neither return a Consent to Join Form nor file a Request for Exclusion within forty-five (45) calendar days of the postmark on the parties' (re)mailed Notice of Class and Collective Action Settlement.

3. Named Plaintiff Austin Esquibel is hereby **APPOINTED** as the Class Representative;

4. The law firm of Walcheske & Luzi, LLC is hereby **APPOINTED** as Class Counsel for the certified Fed. R. Civ. P. 23 class.

5. The parties' Settlement Agreement & Release, (ECF No. 19-1), is **PRELIMINARILY APPROVED** as fair, reasonable, and an adequate resolution of a *bona fide* dispute under the Fair Labor Standards Act of 1938, as amended ("FLSA"), and Wisconsin's Wage Payment and Collections Laws ("WWPCL");

6. The parties' Notice of Class and Collective Action Settlement as attached to the parties' Settlement Agreement & Release as Exhibit B (the "Notice") is **APPROVED** and constitutes the best notice practicable under the circumstances,

including individual notice to all putative Settlement Class Members who can be identified with reasonable effort, and constitutes valid, due, and sufficient notice to putative Settlement Class Members in full compliance with the requirements of applicable law, including the due process clause of the United States Constitution.

7. Each Rule 23 Class member who wishes to join the FLSA Collective or object to or request exclusion from the Settlement Agreement must do so per the instructions set forth in the Notice. The Court will not consider objections or requests for exclusions of any Rule 23 Class member who does not comply with such instructions.

8. Any Rule 23 Class member who has not properly and timely requested exclusion shall be bound by the Settlement Agreement in the event the Court issues a Final Order Approving Settlement.

9. The Court will conduct a Final Fairness Hearing on March 24, 2026, at 1:30 P.M. to determine whether: the Settlement Agreement should be approved as fair, reasonable, and adequate; to award the parties' agreed upon Service Award to Plaintiff; to determine the appropriateness of Plaintiff's counsel's requested award of attorneys' fees and costs; and to enter the proposed final order approving the Settlement Agreement and the parties' overall settlement of this litigation.

**SO ORDERED** at Green Bay, Wisconsin, this 10th day of November, 2025.

*s/ Byron B. Conway*
BYRON B. CONWAY
United States District Judge